<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VANZ, LLC, | Civil Action No.13-cv-1392 (SDW)(SCM) |
| Plaintiff, | |
| v. | **ORDER** |
| MATTIA & ASSOCIATES, et al., | |
| Defendants. | June 1, 2016 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on May 17, 2016 by Magistrate Judge Steven C. Mannion ("Judge Mannion"), recommending that Defendant PMD Financial Group, LLC's motions to dismiss 1) the Amended Complaint (Dkt. No. 56) and 2) the Cross-Claim of Defendant Craig Geisler (Dkt. No. 69) for lack of personal jurisdiction be granted. Neither Plaintiff nor Defendant/Cross-Claimant Geisler filed an objection to the R&R.

This Court has reviewed the reasons set forth by Judge Mannion in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Mannion (Dkt. No. 80) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

s/ Susan D. Wigenton, U.S.D.J.

Orig:   Clerk
cc:      Parties
          Magistrate Judge Mannion