<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VANZ, LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>MATTIA & ASSOCIATES, et al.,<br><br>             Defendants. | Civil Action No.13-cv-1392 (SDW)(SCM)<br><br><br>**ORDER**<br><br><br>February 10, 2017 |

**WIGENTON**, District Judge.

  Before this Court is the Report and Recommendation ("R&R") entered on January 25, 2017 by Magistrate Judge Steven C. Mannion ("Judge Mannion"), recommending that Plaintiff Vanz, LLC's request to enter default as to Defendant Craig Geisler be granted. Neither Plaintiff nor Defendant Geisler filed an objection to the R&R.

  This Court has reviewed the reasons set forth by Judge Mannion in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

  **ORDERED** that the R&R of Judge Mannion (Dkt. No. 96) is **ADOPTED** as the conclusions of law of this Court.

  **SO ORDERED**.

                      <u>s/ Susan D. Wigenton, U.S.D.J.</u>

Orig: Clerk
cc:  Parties
    Magistrate Judge Mannion